IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES RAY BOOTH,

     Appellant,

 v.

Case No.  5D22-1394
LT Case No. 2006-CF-002030-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed August 2, 2022

3.800 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

James Ray Booth, Daytona Beach,
pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.